The People of the State of New York ex rel. Felix Riesenberg, Appellant, v. James J. Conway, as City Magistrate of the City of New York, Respondent.

*Matter of Riesenberg* v. *Conway*, 176 App. Div. 929, appeal dismissed. (Submitted March 25, 1918; decided April 2, 1918.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1917, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to issue a warrant.

The motion was made upon the ground of failure to file the required undertaking.

*William P. Burr, Corporation Counsel,* for motion.
*Otho S. Bowling* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.